FILED23 SEP '22 10:34USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

_PORTLAND_ DIVISION

_____SIC_____

_(Enter full name of plaintiff)_

Plaintiff,

v.

OFFICE OF THE CHIEF OF POLICE -gate, ANZI DET. CRAIG GAULT,
MULTNOMAH COUNTY SHERIFFS OFFICE -gate, OFFICE OF THE
MULTNOMAH COUNTY DISTRICT ATTORNEY-gate, ANZI DDA.ERIC PALMER,
ANZI ASST. US AT. NICOLE BOCKELMAN, ANZI SAIC KEARNAN (FBI-PDX), PORTLAND FBI gate, ANZI DET. JASON ANDERSEN,
ANZI FBI AGENT NATHAN VISCONTI, ANZI DET. MICHAEL WIGHT, ANZI DET. MEREDITH HOPPER,

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. __3:22-cv-01455-SI__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes    ☐ No

## I. PARTIES

_List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary._

**Plaintiff**

Name: Steven Willis
Street Address: 11540 NE INVERNESS DR.
City, State & Zip Code: PORTLAND, OR. 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

# CLAIM 1

TO LAW ENFORCEMENT, COURT OFFICIALS, GOVERNMENT OFFICIALS AND INFORMANTS (AGENTS OF LAW ENFORCEMENT) IN THE CITY OF PORTLAND, MULTNOMAH COUNTY, CITY OF BEAVERTON, WASHINGTON COUNTY, AND THE STATE OF OREGON LET THIS BE A WORD OF THE WISE TO YOU. THE FEDERAL BUREAU OF INVESTIGATION AND THE UNITED STATES ATTORNEYS OFFICE ARE RELUCTANT TO INVESTIGATE, CHARGE, OR INDICT ME FOR MAKING DEATH & BOMB THREATS BY MAIL TO THE PRESIDENT OF THE UNITED STATES, THE VICE PRESIDENT, FBI, UNITED STATES SECRET SERVICE, FEDERAL PROTECTIVE SERVICE, FEDERAL JUDGES, AND THE U.S. ATTORNEY ON OVER A DOZEN OCCASSIONS. THIS SHOULD EASILY BE TAKEN AS A SILENT ESOTERIC AFFIRMATION AND INDIRECT ACKNOWLEDGEMENT THAT I AM SIC, A REAL ONE. THOSE THAT ASSERT THEIR AUTHORITY IN A MANNER & MODE THAT IS NOT AUTHORIZED BY THE CONSTITUTION OF THE UNITED STATES, AND ABUSE THEIR CAPACITY OF PUBLIC TRUST FOR ANY REASON, KNOWN OR UNKNOWN, NOT AUTHORIZED BY LAW WILL BE VIEWED AS A "LEE HARVEY OSWALD" OR ANZI MINDED/PRACTICING TYPE INDIVIDUAL, A "U" & WILL BE EMPIRICALLY REMINDED THAT YOU ARE ON ONE & IN ONE\TWO.

ANZI eARTh PRACTITIONERS LIKE RAZBERRYS, THEY TAKE DOWN. IN ART/CABAL THIS MEANS "U"-gate/WHITE SUPREMIST LAW ENFORCEMENT TARGET BLACK PEOPLE BECAUSE THEY ARE THE COLOR OF A TRUE TEN DOWN SIC SOVEREIGN GENTLEMEN AND BLACK IS THE LEGAL WORD FOR "COLOR OF LAW"/FREE IN LAW AND THEIR INFERIOR ASSES CANT HELP WHATS IN THEIR NATURE TO TRY AND GOVERN ANOTHER PERSONS DESTINY AS THEY WEAPONIZE THEIR POSITIONS & VICTIMIZE THEIR TARGET(S) VIA MISUSE OF GOVERNMENTAL ENTITYS, "POLICE & JUSTICE SYSTEM, "I KNOW EVERYTHING YOU NEED TO STAY IN THE LEAD" TRUE WAATRE

# CLAIM 1

HERES HOW PEOPLE, COULD SEE IF THE CABAL (MYSTIC/NOT UNDERSTOOD QUANTUM RELATION)/(CLEAFING) COULD WORK. ENTER INTO THE NATIONAL CRIMINAL INFORMATION CENTRES' (NCIC) DATABASE ANZI PRACTITIONERS STATUS AS MISSING/ABDUCTED. IN SOCIETY UNKNOWN EVENTS WOULD BEGIN TO TRANSPIRE ALONG WITH CIRCUMSTANCES INWHICH THE EFFECT OF THE ENTRY INTO THE DATABASE WOULD MANIFEST IN THE TARGETED ANZI PERSONS LIFE. THIS HAPPENING IS AN OPPORTUNITY THAT WOULD ONLY WORK ONCE, LIKE A GLITCH INTO THEIR LIFE. IT WOULD BE AN INDIVIDUALS PERSONAL CHOICE TO EXAMINE THAT AS AN EMPIRICAL PROCESS (WITH GODS EYE VIEW) AND CONCLUDE FOR THEMSELF IF THATS A CABAL RELATED EVENT. CONCERN IS THAT DISPLAYING THIS HYPOTHESIS FOR ALL TO SEE WOULD PREVENT IT FROM HAPPENING.

ONE \SIC IS FOR FIGHTING WHITE SUPREMACY, TREASON, INTELLECTUALLY PERPETRATED DUE PROCESS RIGHT VIOLATORS, TERRORISM, DOMESTIC TERRORISM, AND ESPIONAGE.

THE US ATTORNEYS OFFICE IN OREGON, THE FBI IN OREGON, THE UNITED STATES SECRET SERVICE IN OREGON, THE OREGON ATTORNEYS GENERALS OFFICE, AND ALL THOSE THAT WORK UNDER THESE TITLES ARE =GATE AGENTS & ATTORNEYS. THEY ALL USE ANZI INFORMANTS & ARE PUNK ASS, BITCH ASS, FAGGOTS WHO ARE IN THE CROSSAIRS & WONT DO SHIT ABOUT ALL OF MY FRIVOLOUS LAWSUITS. NONE OF THEM HAVE BACKBONES, INTEGRITY, MORALS OR ETHICS & ARE ALL MEDIUMS TO THEIR FAMILIES. IF ANY OF YOU DO ANYTHING I WILL SIC & LEAF YOU TO DEATH LIKE THAT ASSHOLE COP IN VANCOUVER WA.

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

CONSPIRACY TO DEPRIVE A US CITIZEN OF HIS RIGHTS
SLAVE TRAFFICKING, INVOLUNTARY SERVITUDE

## III.  STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Complaint for Violation of Civil Rights (Prisoner Complaint)                    3
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

$999,999,999,999,999,999.°⁰

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _SEPTEMBER_ , 20_22_

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)          5
[Rev. 01/2018]

**CERTIFICATE**
(To be completed by the institution of incarceration.)

I certify that _STEVEN WILLIS_ (name of applicant) has the sum of $ _0.00_

on account to his/her credit at _INVERNESS JAIL_ (name of institution). I

further certify that during the past six months the applicant's average monthly balance was $ _0.00_

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $ _0.00_

I have attached a certified copy of the applicant's trust account statement showing the transactions
for the past six months.

_9/12/22_
DATE

SIGNATURE OF AUTHORIZED OFFICER

Revised March 1, 2017
Page 5

USDC - Oregon