IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN DAWAYNE WILLIS,

              Plaintiff,

    v.

OFFICE OF THE CHIEF OF POLICE-
GATE, et al.,

              Defendants.

Case No. 3:22-cv-1455-MO

JUDGMENT

MOSMAN, District Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

11/1/2022
_____
DATE

*Michael W. Mosman*
_____
Michael W. Momsman
United States District Judge

1 - JUDGMENT